IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02423-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VEND DIRECT, INC.; a Colorado corporation; and
GARY LUCKNER, individually and as officer of the corporation;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 6, 2007.**

    Based on the Clerk's Entry of Default against Defendants, Plaintiff Government's Motion to Vacate Scheduling/Planning Conference, Pre-Scheduling Conference Meeting, and Proposed Scheduling Order [Filed February 5, 2007; Docket #8] is **granted**. The Scheduling Conference set for March 19, 2007, is **vacated**, as are all other discovery related deadlines.